AM USAO#2021R00072
MDB 5.13.21

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUL 28 PM 3: 15

CLERK'S OFFICE
AT BALTIMORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. ELH 21 cr 285 |
| MUHAMMAD WRIGHT, | * | (Unlawful Possession of Machineguns 18 U.S.C. 922 (o); Possession of Unregistered Firearms, 26 U.S.C. § 5861(d); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872) |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about December 27, 2020, in the District of Maryland, the Defendant,

**MUHAMMAD WRIGHT,**

knowingly possessed a machinegun as defined in 26 U.S.C. § 5845(a), that is, a Glock, model 27, .40 caliber pistol bearing serial number YKE213 and containing a machinegun-conversion device, designed and intended to shoot automatically more than one shot, without manually reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(a)

## COUNT TWO
### (Possession of an Unregistered Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about December 27, 2020, in the District of Maryland, the Defendant,

### MUHAMMAD WRIGHT,

unlawfully and knowingly possessed a firearm as defined in 26 U.S.C. § 5845(a), that is, an Izhmash, model Saiga-12, 12-gauge shotgun, bearing serial number H07423626, having a barrel of less than 18 inches in length, and was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871.

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

## COUNT THREE
### (Possession of an Unregistered Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about December 28, 2020, in the District of Maryland, the Defendant,

**MUHAMMAD WRIGHT,**

unlawfully and knowingly possessed a firearm as defined in 26 U.S.C. § 5845(a), that is, a Ruger, model 10/22, .22 LR caliber rifle, bearing serial number 12788708, having a barrel of less than 16 inches in length, and was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871.

26 U.S.C. § 5841
26 U.S.C. § 5845(a)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. All allegations set forth in Counts One through Three are hereby incorporated by reference.

2. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 28 U.S.C. § 2461(c) and the other statutes cited herein, in the event of the Defendant's convictions.

### Firearms and Ammunition Forfeiture

3. Pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872, upon conviction of the offenses alleged in Counts One through Three of this Indictment, the Defendant convicted of such offense(s) shall forfeit to the United States any firearms and ammunition involved in those offenses.

### Property Subject to Forfeiture

5. The property to be forfeited includes, but is not limited to, the following:

   a. a Glock, model 27, .40 caliber pistol, bearing serial number YKE213 containing a machinegun-conversion device;

   b. an Izhmash, model Saiga-12, 12-gauge shotgun, bearing serial number H07423626; and

   c. a Ruger, model 10/22, .22LR caliber semi-automatic rifle, bearing serial number 12788708.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
26 U.S.C. §5872

4

_Jonathan F Lenzner/amn_
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

7/28/21
Date